| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Aldisert, Ruggero J. | 2. Court or Organization<br><br>Third Circuit | 3. Date of Report<br><br>05/18/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>120 Cremona Drive Suite "D"<br>Santa Barbara<br>CA 93117-5511 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EmeritusTrustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 26 A 10: 11 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Aldisert_Ruggero_J

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/29 | Nat'l Insitute if Trial Advocacy (Publications Royalties) | $10,917.11 |
| 2. 7/20 | Nat'l Institute of Trial Advocacy (Pubklications Royalties) | $6,014.97 |
| 3. 3/5 | AuthorHouse (Publictions Royalties) | $30.75 |
| 4. 10/14 | AuthorHouse (Publications Roalties) | $6.90 |
| 5. 12/2 | AuthorHouse (Publications Rotalties) | $18.40 |
| 6. 3/5 | Thompson Reuters (Publications Royalties) | $1,388.92 |
| 7. 8/19 | Yao Enterprises (Publications Royalties) | $21.74 |
| 8. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BlairCty Bond | A | Interest | J | T | | | | | |
| 2. Santa Barbara Bank & Trust Co. | A | Interest | L | T | | | | | |
| 3. CANTELLA & CO (IRA) | B | Dividend | K | T | | | | | |
| 4. ---Columbia Marsico 21stFund | | | | | | | | | |
| 5. ---Davis New York Venture | | | | | | | | | |
| 6. ---Pimco FDS Pac Invt Mgmt Serv | | None | | | Sold | 12/5 | J | | |
| 7. ---Van Kampen Equity & Income | | | | | | | | | |
| 8. ---Alliance Bernstein Balanced | | | | | | | | | |
| 9. ---Growth Fund America Inc. | | | | | | | | | |
| 10. --Pimco Commodity Real Return | A | Dividend | J | | Buy | 12/5 | J | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. MUTUAL FUNDS | | | | | | | | | |
| 15. Gabelli Asset | A | Dividend | K | T | | | | | |
| 16. Davis New York Venture | A | Dividend | K | T | | | | | |
| 17. Columbia Acorn Fund Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America | A | Dividend | K | T | | | | | |
| 19. American Funds Tax Exempt "F" | B | Interest | K | T | | | | | |
| 20. AMCAP Fund | A | Dividend | | | Sold | 12/5 | K | | |
| 21. Royce Total Return | A | Dividend | J | T | | | | | |
| 22. First Eagle Overtseas Fund | A | Dividend | K | T | | | | | |
| 23. Van Kamden High Yield Muni | A | Dividend | | | Sold | 12/1 | K | | |
| 24. Van Kamden Comstock Cl A | A | Dividend | | | Sold | 12/8 | K | G | |
| 25. Franklin Mutual Recovery Fd | A | Dividend | K | T | | | | | |
| 26. Alliance Bernstein Muni Income | A | Interest | K | T | | | | | |
| 27. Diamond Hill Long-Short Fund | A | Interest | J | T | | | | | |
| 28. Bear Stearns Temp Fund | A | Interest | J | T | | | | | |
| 29. Marsico 21st Century Columbia Funds Scr Tr | A | Dividend | | | Sold | 6/1 | K | | |
| 30. Pimco Funds Developing Local Mrkt Fd | A | Dividend | | | Sold | 6/1 | K | | |
| 31. Van Kamden Strategic Muni | A | Interest | K | T | Buy | 12/8 | K | | |
| 32. Fundamental Invs Inc | A | Dividend | K | T | Buy | 12/5 | K | | |
| 33. Columbia FDS Ser Tr | A | Dividend | K | T | Buy | 12/5 | K | | |
| 34. Alliance-Bernstein Small/MD | A | Dividend | J | T | Buy | 10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco FDS | A | Dividend | J | T | Buy | 11/24 | J | | |
| 36. Van Kamden Equity & Inome | A | Dividend | K | T | Buy | 12/8 | K | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. COMMON STOCKS | | | | | | | | | |
| 41. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 42. Bank of New York Melllon Corp | A | Dividend | K | T | | | | | |
| 43. Pfizer | A | Dividend | J | T | | | | | |
| 44. General Electric | A | Dividend | K | T | | | | | |
| 45. IShares FTSE/Xinhau China 25 Fund | A | Dividend | J | T | | | | | |
| 46. Schlumberger LTD Antilles | A | Dividend | J | T | | | | | |
| 47. Apple. Inc. | | None | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. INVESTMENT CLUB | | | | | | | | | |
| 50. Mission Impossible Partners | A | Dividend | | | | | | | |
| 51. ---Berkshire Hathaway | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Costco Wshl Corp. | | None | | | Sold | 5/12 | J | | |
| 53. —Exxon Mobil Corp | | | | | | | | | |
| 54. ---Valero Energy Corp | | None | | | Sold | 5/12 | J | | |
| 55. ---Schlumberger Ltd | | | | | | | | | |
| 56. ---Apple,Inc | | | | | | | | | |
| 57. ---Nucor Corp. | | | | | | | | | |
| 58. ---Western Union | | None | | | Sold | 5/12 | J | | |
| 59. ---▇▇▇▇FTSE/xinhua China 25 | | None | | | Sold | 9/15 | J | | |
| 60. —Aetna | | None | | | Sold | 6/1 | J | | |
| 61. ---Best Buy Co Inc | | None | | | Sold | 5/25 | J | | |
| 62. ---Boeing Co | | None | | | Sold | 5.25 | J | | |
| 63. ---Cameco Corp Canada | | None | | | Sold | 5/25 | J | | |
| 64. ---Cisco Sysems Inc | | None | | | Sold | 4/30 | J | | |
| 65. ---Citigoup | | None | | | Sold | 4/30 | J | | |
| 66. --Genetech Inc | | None | | | Sold | 7/1 | J | | |
| 67. —Pacific Capital Bancorp | A | Dividend | | | Sold | 10/1 | J | | |
| 68. ---Taubman Centers Inc | | None | | | Sold | 7/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---IShares MSCI Emerging Mkts. | | None | | | Sold | 7/1 | J | | |
| 70. ---United Technologies | A | Dividend | J | T | Buy | 7/1 | J | | |
| 71. --- Bank of America | A | Dividend | J | T | Buy | 7/1 | J | | |
| 72. ---Chesapeake Energy Corp | A | Dividend | J | T | Buy | 8/30 | J | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. MONEY MARKET FUNDS | | | | | | | | | |
| 77. UBS Financial Services | A | Interest | J | T | | | | | |
| 78. Bear Stearns Securites | A | Dividend | | | Sold | 5/12 | J | | |
| 79. FedFund Sekect Shares | A | Dividend | J | T | Spinoff (from line 80) | 5/12 | J | | |
| 80. Cantella & Co. Privileged Access Gold Account | | | | | Merged (with line 79) | | | | |
| 81. Fidelity California Municipal Money Market | A | Dividend | K | T | Open | 4/21 | K | | |
| 82. | | | | | | | | | |
| 83. LIFE INSURANCE POLICIES | | | | | | | | | |
| 84. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 85. Transamerica Life Companies Whole Life | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Penn Mutuial Whole Life | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/18/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544